## Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Leticia Silva
Legal Assistant

July 19, 2021

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., New York, NY 10007-1312
-VIA ECF-

Re:  USA v. Michael Latimer.
     20 Cr. 202-2 (LAP)

Dear Judge Preska:

Our office represents Mr. Michael Latimer in the above-captioned matter, which has a Sentencing Hearing scheduled for July 28, 2021 at 11:00AM.

Mr. Michael Latimer has now been diagnosed with Multiple Sclerosis (MS) and Demyelinating Disease. He is presently bedridden and is receiving therapy and treatment at Windsor Park Nursing Home in Queens, New York. Mr. Michael Latimer is scheduled for two additional medical procedures in August.

We respectfully request a 60-Day adjournment of the Sentencing Hearing, or any date thereafter convenient to the Court.

Thank you for your consideration.

*Sentencing is adjourned to 10/4/2021 at 2:00 p.m.*

Sincerely,

Respectfully submitted,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
Attorney for Defendant,
Michael Latimer

7/21/21

cc: AUSA Christopher Brumwell, Esq.

SO ORDERED
*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE