# *Del Valle & Associates*

Attorneys at Law<br>
445 Park Avenue<br>
New York, New York 10022<br>
(212)481-1900

Telesforo Del Valle, Jr.                                                                                    Email: tdvesq@aol.com

Michael J. Sluka                                                                                              Fax. (212)481-4853
Lawrence D. Minasian

———                                                                                                                ———

Lucas E. Andino                                                                                              Leticia Silva
William Cerbone                                                                                              Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

July 29, 2021

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., New York, NY 10007-1312
-*VIA ECF*-

Dear Judge Preska:

                          Re:    <u>USA v. Michael Latimer.</u>
                                     20 Cr. 202-2 (LAP)

      Our office represents Mr. Michael Latimer in the above-captioned matter, which has a Sentencing Hearing scheduled for October 4, 2021 at 2:00PM.

      The Final Presentence Report was filed on February 16, 2021.

      In light of the important life changes and events that have taken place since the originally scheduled Sentencing date and the Presentence Investigation, we respectfully request <u>a Supplemental Presentence Investigation and a subsequent Addendum to te Presentence Investigation Report, to include these changes.</u>

      Thank you for your consideration.

                                                                        Sincerely,

```
SO ORDERED.
Loretta A. Preska  7/29/2021
```

                                                        <u>S/Telesforo Del Valle Jr.</u>
                                                        Telesforo Del Valle, Jr., Esq.
                                                        DEL VALLE & ASSOCIATES

Cc: A.U.S.A. Jamie Bagliebter