# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
 of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

October 6, 2021

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York United States Courthouse
500 Pearl St., New York, NY 10007-1312
-VIA ECF-

Re:   USA v. Michael Latimer,
      20 Cr. 202-2 (LAP)

Dear Judge Preska:

Our office represents Mr. Michael Latimer, who was sentenced by Your Honor on October 4, 2021, in the above captioned matter.

Your Honor recommended to the Bureau of Prisons that Mr. Latimer be designated to the medical facility in Rochester, NY, as it says on Page 2 of the Judgment.

We respectfully request an amendment of the Judgment to recommend FMC Rochester, located in Rochester, MN, which is an administrative security federal medical center.

The government, by way of A.U.S.A. Jamie Bagliebter, consents to this request.

Thank you for your consideration.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
10/13/21

Respectfully submitted,

S/ Telesforo Del Valle, Jr.
Telesforo Del Valle, Jr., Esq.
Del Valle & Associates

Cc: A.U.S.A. Jamie Bagliebter, Esq.